**UNITED STATES DIST**
**FOR THE SOUTHERN DIST**
**INDIANAPOLIS D**

THOMAS LAHAY,                           )
          **Plaintiff,**               )
                       )
     **vs.**                            )   C
                       )
INDIANA LAW ENFORCEMENT      )
ACADEMY,                                 )
          **Defendant.**               )

**1:25-cv-01541-MPB-MJD**

Dismissal with prejudice acknowledged [36]. The Clerk is directed to close this case.

*[signature]* Matthew P. Brookman

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

**STIPULATION OF DISMISSA** Dated: June 15, 2026

Plaintiff, Thomas Lahay, and Defendant, Indiana Law Enforcement Academy, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this cause of action in their entirety, with prejudice, the parties to bear their own costs, including attorney's fees.

Respectfully submitted,

**BIESECKER DUTKANYCH & MACER, LLC**

**OFFICE OF ATTORNEY GENERAL**
**TODD ROKITA**

/s/ Taylor Ferguson
Andrew Dutkanych, # 23551-49
Taylor J. Ferguson, #35524-22
*Attorneys for Plaintiff*

/s/ Alexander Carlisle (w/ permission)
Christopher A. McNally
Alexander Carlisle
*Attorneys for Defendant*